## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

v.                                        Case No.  8:11-cv-2-T-30TBM

CENTRAL PORTFOLIO CONTROL INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

The Court has been advised via a Notice of Pending Settlement (Dkt. #7) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on March 9, 2011.

                                                                  JAMES S. MOODY, JR.
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2.dismiss 7.wpd